# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| P.S., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:25-cv-113-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| WARDEN, | : | |
| Respondent. | : | |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on March 24, 2025 (ECF No. 1), and on April 14, 2025, it granted Petitioner leave to proceed *in forma pauperis* (ECF Nos. 5, 6).[1] Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 14th day of April, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[1] On March 28, 2025, the United States District Court for the Northern District of Georgia transferred the Petition to this Court. *See* Order, Mar. 28, 2025, ECF No. 2; Transfer, ECF No. 3.